IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYSHON HALL**                                                                             **PLAINTIFF**
**#0034157**

v.                        **CASE NO. 3:21-CV-00039-BSM**

**DOES**, *et al.*                                                                  **DEFENDANTS**

## ORDER

Tyshon Hall has failed to comply with the March 16, 2021 order [Doc. No. 10] directing him to file a notice of his current mailing address, and the time to do so has expired. Hall's mail is still being returned undelivered, with no forwarding address. *See* Doc. Nos. 8–9, 11–12. Therefore, this lawsuit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 27th day of April, 2021.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE