IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYSHON HALL**                                                                           **PLAINTIFF**
**#0034157**

v.                              CASE NO. 3:21-CV-00039-BSM

**DOES,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 27th day of April, 2021.

                                                UNITED STATES DISTRICT JUDGE